DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3442

[March 12, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy Lawrence Bailey, Judge; L.T. Case No. 90-5512CF10A.

David Milo Lamos, Fort Pierce, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***